# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # _6_

-------------------------------------------------

*Primaces*

-v-

*Silvers, et al*

-------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # _08-cv-1092_

JUDGE: _KMW_

DATE: _2/29/2008_

U.S. DISTRICT FILE
FEB 29
S. D. OF

## INDEX TO THE RECORD ON APPEAL

| PREPARED BY (NAME): | THOMAS R. PISARCZYK |
| FIRM: | U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK |
| ADDRESS: | 500 PEARL STREET, ROOM 370 |
| | NEW YORK, NEW YORK 10007 |
| PHONE NO.: | (212) 805 - 0636 |

DISTRICT COURT DOCKET ENTRIES ------------------------------------------------------------------

| DOCUMENT DESCRIPTION | DOC. # |
|---|---|
| CLERK'S CERTIFICATE | |
| SEE ATTACHED LIST OF NUMBERED DOCUMENTS | |
| | |
| | |
| | |
| | |
| | |

( X ) **Original Record**          ( _____ ) **Supplemental Record**

**The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the _29th_ Day of _February_, 2008.**

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

*Primores*

-v-

*Silvers, et al*

------------------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # *08-cv-1092*

JUDGE: *KMW*

DATE: *2/29/2008*

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered *1* Through *5*, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date  Filed                              Document   Description

_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____
_____          _____

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this _5th_ Day of _January_ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
                    Deputy Clerk

APPEAL, CLOSED, PRO-SE

**U.S. District Court**
**United States District Court for the Southern District of New York (Foley Square)**
**CIVIL DOCKET FOR CASE #: 1:08-cv-01092-KMW**
**Internal Use Only**

Primous v. Silvers et al                                      Date Filed: 02/04/2008
Assigned to: Judge Kimba M. Wood                             Date Terminated: 02/04/2008
Demand: $44,000                                              Jury Demand: None
Cause: 28:1331 Fed. Question: Other                          Nature of Suit: 190 Contract: Other
                                                             Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/04/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Matthew Scott Primous.(laq) (Entered: 02/14/2008) |
| 02/04/2008 | 2 | COMPLAINT against Derek Silvers, CD Baby Inc.Document filed by Matthew Scott Primous.(laq) (Entered: 02/14/2008) |
| 02/04/2008 |   | Magistrate Judge Ronald L. Ellis is so designated. (laq) (Entered: 02/14/2008) |
| 02/04/2008 | 3 | ORDER OF DISMISSAL, The Court grants plaintiff's application to proceed in forma pauperis, but must dismiss the complaint for the reasons set forth. Accordingly, the complaint is dismissed for lack of subject matter jurisdiction, as well as for being frivolous and failing to state a claim. The Court certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/4/8) (laq) (Entered: 02/14/2008) |
| 02/04/2008 | 4 | JUDGMENT. Ordered, Adjudged and Decreed: That the complaint be and is hereby dismissed. 28 U.S.C. 1915(e)(2). We certify pursuant to 28 U.S.C. 1915(a)(3) that any appeal from the Court's order will not be taken in good faith. (Signed by Judge Kimba M. Wood on 2/4/8) (laq) (Entered: 02/14/2008) |
| 02/22/2008 | 5 | NOTICE OF APPEAL from 3 Order Dismissing Complaint (I.F.P.), 4 Judgment - Sua Sponte (Complaint). Document filed by Matthew Scott Primous. (tp) (Entered: 02/29/2008) |
| 02/22/2008 |   | Appeal Remark as to 5 Notice of Appeal filed by Matthew Scott Primous. $455.00 APPEAL FEE DUE. IFP REVOKED 2/4/08. (tp) (Entered: 02/29/2008) |
| 02/29/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 02/29/2008) |
| 02/29/2008 |   | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 02/29/2008) |